BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUTH APPLE** | CASE NO. CIV-09-1605 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 4, 2010, to February 23, 2010.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

1
2
3  Dated: January 4, 2010                    */s/Bess M. Brewer*
                                             BESS M. BREWER
4                                            Attorney at Law

5                                            Attorney for Plaintiff

6

7
   Dated:January 4, 2010                     Benjamin G. Wagner
8
                                             United States Attorney
9
                                             */s/ Dennis Hanna*
10                                           DENNIS HANNA
                                             Special Assistant U.S. Attorney
11                                           Social Security Administration

12                                           Attorney for Defendant

13

14                                      **ORDER**

15  APPROVED AND SO ORDERED.

16  DATED: January 5, 2010.

17

18

19                                           _____
                                             U.S. MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

2