| | |
|---|---|
| 1 | BESS M. BREWER, #100364 |
|   | LAW OFFICE OF |
| 2 | BESS M. BREWER & ASSOCIATES |
|   | P.O. Box 5088 |
| 3 | Sacramento, CA 95817 |
|   | Telephone: (916) 454-3111 |
| 4 | Facsimile: (916) 454-3131 |
| 5 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RUTH APPLE** | ) | CASE NO. CIV-09-1605 KJM |
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| **Plaintiff,** | ) | **EXTENDING PLAINTIFF'S TIME TO** |
| | ) | **FILE MEMORANDUM IN SUPPORT** |
| v. | ) | **OF SUMMARY JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 23, 2010, to April 7, 2010. This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: February 22, 2010         */s/Bess M. Brewer*
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


Dated: February 23, 2010         Benjamin G. Wagner

                                 United States Attorney

                                 /s/ *Timothy Bolin*
                                 TIMOTHY BOLIN
                                 Special Assistant U.S. Attorney
                                 Social Security Administration

                                 Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  February 26, 2010.


_____
U.S. MAGISTRATE JUDGE