BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUTH APPLE** ) | **CASE NO. CIV-09-1605 KJM** |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment

in this case is hereby extended from April 7, 2010, to May 7, 2010.   This extension is required due to

Plaintiff's counsel's extremely heavy briefing schedule.


/ / / /

/ / / /

/ / / /

1

2

3   Dated: April 6, 2010                              /s/Bess M. Brewer
                                                      BESS M. BREWER
4                                                     Attorney at Law

5                                                     Attorney for Plaintiff

6

7
    Dated: April 7, 2010                              Benjamin G. Wagner
8
                                                      United States Attorney
9
                                                      /s/ Timothy Bolin
10                                                    TIMOTHY BOLIN

11                                                    Special Assistant U.S. Attorney
                                                      Social Security Administration
12
                                                      Attorney for Defendant
13

14
                                    **ORDER**
15
    APPROVED AND SO ORDERED.
16
    DATED: April 12, 2010.
17

18

19

20                                                    _____
                                                      U.S. MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                          2