JOSEPH P. RUSSONIELLO, SBN CA 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Social Security Administration Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN, SBN CA 259511
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105-2102
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov

Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| RUTH APPLE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:09-cv-01605-KJM<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |

    The parties, through their respective counsel, stipulate that the time for filing Defendant's opposition to Plaintiff's motion for summary judgment be extended from July 8, 2010, to August 9, 2010.

    This is Defendant's first request for an extension of time to file an opposition to Plaintiff's motion for summary judgment. Defendant needs the additional time to further review the file and prepare a response in this matter.

-1-

Respectfully submitted,

DATE: June 30, 2010				BESS M. BREWER & ASSOCIATES


					BY: /s/ *Bess M. Brewer**
					(*As authorized via email on June 30, 2010)
					BESS M. BREWER
					Attorney for Plaintiff


DATE: June 30, 2010				JOSEPH P. RUSSONIELLO
					United States Attorney
					LUCILLE GONZALES MEIS
					Social Security Administration
					Regional Chief Counsel, Region IX

					 /s/ *Timothy R. Bolin*
					TIMOTHY R. BOLIN
					Special Assistant United States Attorney

					Attorneys for Defendant



The stipulation of the parties is approved.  No further extensions will be granted.

**IT IS SO ORDERED.**

DATE:  July 1, 2010.



_____
U.S. MAGISTRATE JUDGE

-2-