BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN
Special Assistant United States Attorney
California State Bar No. 259511

333 Market Street, Suite 1500
San Francisco, California 94105-2102
Telephone: (415) 977-8982
Facsimile: (415) 744-0134
Email: timothy.bolin@ssa.gov

Attorneys for Defendant
Michael J. Astrue, Commissioner of Social Security

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SARAMENTO DIVISION**

| | |
|---|---|
| RUTH APPLE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:09-cv-01605-KJM<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to provide Plaintiff with a new hearing and decision.

    On remand, the Administrative Law Judge (ALJ) shall give full consideration to all medical opinions, including those of Drs. Budhran, Khan, and Walter, and provide rationale for

1  the weight accorded to each opinion. In a case where medical opinions from the same source
2  diverge, the ALJ shall reconcile such divergent opinions. The ALJ shall further evaluate
3  Plaintiff's subjective testimony and statements provided by third parties in accordance with
4  Social Security Rulings 96-7p and 06-3p. The ALJ shall reconsider Plaintiff's residual functional
5  capacity and, if warranted, obtain supplemental vocational expert testimony to assist in
6  determining Plaintiff's ability to perform jobs existing in significant numbers in the
7  national economy.

Dated: July 22, 2010        By:     *
                                    BESS M. BREWER
                                    *By email authorization

                                    Attorney for Plaintiff

Dated: July 22, 2010                BENJAMIN B. WAGNER
                                    United States Attorney

                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX

                            By:     /s/ Timothy R. Bolin
                                    TIMOTHY R. BOLIN
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

**ORDER**

The Court approves for the foregoing stipulation.  SO ORDERED.

Dated:  July 26, 2010.

_____
U.S. MAGISTRATE JUDGE